

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| In re: | MJ 18-28-BLG-TJC |
|---|---|
| RAYMOND NGAN, | **ORDER** |
| Debtor. | |

An initial appearance was held in this matter on July 2, 2018 on an Order of Contempt issued by the United States Bankruptcy Court for the District of Nevada. Counsel for Interested Parties, First 100, LLC and 1st One Hundred Holdings, LLC ("Creditors") were present, as was Raymond Ngan, who was in custody.

The Court finds that an order has issued under Fed. Rule Bankr. P. 2005, and that Raymond Ngan is the debtor. Accordingly, the Court orders Mr. Ngan removed to the United States Bankruptcy Court for the District of Nevada. Mr. Ngan shall be released from custody on the following conditions:

1. Mr. Ngan IS ORDERED TO APPEAR before the United States Bankruptcy Court for the District of Nevada on **July 5, 2018 at 10:00 a.m.** before Hon. Bruce T. Beesley, Courtroom #4, 300 Las Vegas Blvd. So., Las Vegas, Nevada.

2. Defendant is placed in the third party custody of Robert ("Bob") Dooley who agrees (1) to transport Mr. Ngan to Las Vegas, Nevada, (2) to use

every effort to assure the appearance of the Mr. Ngan at the July 5, 2018 scheduled court proceeding.

Signature of Third Party Custodian

_Robert Dooley_

Address of Third Party Custodian

_53 Belle Mauron, Las Vegas, Nev._

Telephone No. of Third Party Custodian

_702-308-4236_

IT IS SO ORDERED.

DATED this 2nd day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge