IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JUL 02 2018
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| In re:<br><br>RAYMOND NGAN,<br><br>Debtor. | MJ 18-28-BLG-TJC<br><br>**ORDER** |

IT IS HEREBY ORDERED that Raymond Ngan shall be released from the custody of the United States Marshal Service.

DATED this 2nd day of July, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge